UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE HURT,

               Plaintiff,

-against-

UNITED STATES OF AMERICA,

               Defendant.

21-CV-10781 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 11, 2013, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining leave to file from the Court. *See Hurt v. D.C. Bd. of Parole*, ECF 1:13-CV-5365, 3 (S.D.N.Y. Oct. 11, 2013), *appeal dismissed*, No. 13-4474 (2d Cir. Apr. 3, 2014). Plaintiff filed this new *pro se* action without paying the filing fees, submitting an IFP application, or seeking leave to file. Because Plaintiff failed to comply with the October 11, 2013 order in *Hurt*, ECF 1:13-CV-5365, 3, the Court denies Plaintiff leave to file this action.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:   January 7, 2022
             New York, New York

                                            /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge